District Judge Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FASIDOU MANNEH,<br><br>                      Plaintiff,<br>      v.<br><br>MERRICK GARLAND, *et al.*,<br><br>                      Defendants. | Case No. 2:24-cv-01774-TL<br><br>STIPULATED MOTION TO DISMISS AND REMAND AND [~~PROPOSED~~] ORDER<br><br>Noted for Consideration:<br>December 30, 2024 |

Plaintiff Fasidou Manneh brought this action pursuant to 8 U.S.C. § 1447(b), alleging that the United States Citizenship and Immigration Services ("USCIS") failed to adjudicate his Form N-400, Application for Naturalization, within 120 days after his initial interview. He seeks de novo review of his application and adjudication by this Court. The parties have reached an agreement that will resolve this case in its entirety.

The parties, by and through their respective counsel, hereby jointly stipulate and move to dismiss this matter without prejudice, without fees or costs to either party, and request that the Court remand the matter to USCIS. USCIS further agrees to adjudicate Plaintiff's N-400 and, if appropriate, administer the Naturalization Oath of Allegiance within 90 days of the remand order.

STIPULATED MOTION TO DISMISS AND REMAND
AND [~~PROPOSED~~] ORDER
[Case No. 2:24-cv-01774-TL] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

Accordingly, the parties have resolved all outstanding issues and further judicial intervention is unnecessary.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

DATED this 30th day of December, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | LAW OFFICE OF SHARA SVENDSEN |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3800<br>Fax:    (253) 428-3826<br>Email: michelle.lambert@usdoj.gov | *s/ Elaine Fordyce*<br>ELAINE FORDYCE, WSBA #44416<br>16300 Mill Creek Blvd., Ste. 206<br>Mill Creek, WA 98102<br>Phone: 425-361-1511<br>Email: elaine@svenlaw.com<br><br>*Attorney for Plaintiff* |

*Attorneys for Defendants*

I certify that this memorandum contains 146 words, in compliance with the Local Civil Rules.

STIPULATED MOTION TO DISMISS AND REMAND
AND [PROPOSED] ORDER
[Case No. 2:24-cv-01774-TL] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**[PROPOSED] ORDER**

This matter is dismissed without prejudice and without fees or costs to either party. The case is remanded to United States Citizenship and Immigration Services ("USCIS"). USCIS shall adjudicate Plaintiff's N-400 and, if appropriate, administer the Oath of Allegiance within 90 days of this Order.

IT IS HEREBY ORDERED.

DATED this 30th day of December, 2024.

_____
Tana Lin
United States District Judge

STIPULATED MOTION TO DISMISS AND REMAND
AND [PROPOSED] ORDER
[Case No. 2:24-cv-01774-TL] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800